**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 407 MAL 2019

               Respondent                 :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

               v.                       :

                                       :

DEVEN TYLER KOHR,                   :

                                       :

               Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 19th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.